# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 5, 2025

Lyle W. Cayce
Clerk

———————

No. 25-10358

———————

Kelley Stark,

*Plaintiff—Appellant*,

*versus*

Edwards Lifesciences, L.L.C.,

*Defendant—Appellee*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2579

———————————————————————

Before Wiener, Engelhardt, and Oldham, *Circuit Judges*.
Per Curiam:[*]

This case presents the same question that we answered today in *Washington v. Edwards Lifesciences, L.L.C.*, No. 25-10357. For the reasons stated in that opinion, we VACATE the judgment here and REMAND for further consideration.

—————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.